*Espinosa v. Abraham Refrigeration A/C Corp.*, 18 Civ. 8855 (LGS)(NS)
**Damages Calculations for Ysael Espinosa**

| Period From | Period To | Number of WTPA Days Worked | Time Worked Per Workweek | Hours Over 40 Per Workweek | Salary Paid | Hourly Wage Rate Paid | Min. Wage Rate | Spread-of-Hours Shifts | OT Wage Premium Owed | Unpaid Minimum Wages | OT Wages Owed Per Week | Unpaid Spread-of-Hours Pay | NYLL Liquidated Damages | Total Damages Per Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/8/18 | 1/14/18 | 4 | 36.87 | 0 | $200.00 | $5.42 | $13.00 | 0.00 | $14.08 | $279.47 | $0.00 | $0.00 | $279.47 | $558.94 |
| 1/15/18 | 1/21/18 | 6 | 49.72 | 9.72 | $300.00 | $6.03 | $13.00 | 0.00 | $13.47 | $278.80 | $130.93 | $0.00 | $409.73 | $819.46 |
| 1/22/18 | 1/28/18 | 6 | 48.07 | 8.07 | $300.00 | $6.24 | $13.00 | 0.00 | $13.26 | $270.40 | $107.01 | $0.00 | $377.41 | $754.82 |
| 1/29/18 | 2/4/18 | 6 | 52.55 | 12.55 | $300.00 | $5.71 | $13.00 | 1.00 | $13.79 | $291.60 | $173.06 | $13.00 | $477.66 | $955.32 |
| 2/5/18 | 2/11/18 | 6 | 60.72 | 20.72 | $300.00 | $4.94 | $13.00 | 4.00 | $14.56 | $322.40 | $301.68 | $52.00 | $676.08 | $1,352.16 |
| 2/12/18 | 2/18/18 | 6 | 59 | 19 | $300.00 | $5.08 | $13.00 | 4.00 | $14.42 | $316.80 | $273.98 | $52.00 | $642.78 | $1,285.56 |
| 2/19/18 | 2/25/18 | 6 | 60.8 | 20.8 | $300.00 | $4.93 | $13.00 | 4.00 | $14.57 | $322.80 | $303.06 | $52.00 | $677.86 | $1,355.72 |
| 2/26/18 | 3/4/18 | 6 | 59.25 | 19.25 | $300.00 | $5.06 | $13.00 | 5.00 | $14.44 | $317.60 | $277.97 | $65.00 | $660.57 | $1,321.14 |
| 3/5/18 | 3/11/18 | 6 | 57.75 | 17.75 | $300.00 | $5.19 | $13.00 | 3.00 | $14.31 | $312.40 | $254.00 | $39.00 | $605.40 | $1,210.80 |
| 3/12/18 | 3/18/18 | 6 | 62.18 | 22.18 | $300.00 | $4.82 | $13.00 | 5.00 | $14.68 | $327.20 | $325.60 | $65.00 | $717.80 | $1,435.60 |
| 3/19/18 | 3/25/18 | 6 | 53.32 | 13.32 | $300.00 | $5.63 | $13.00 | 1.00 | $13.87 | $294.80 | $184.75 | $13.00 | $492.55 | $985.10 |
| 3/26/18 | 4/1/18 | 6 | 54.35 | 14.35 | $300.00 | $5.52 | $13.00 | 1.00 | $13.98 | $299.20 | $200.61 | $13.00 | $512.81 | $1,025.62 |
| 4/2/18 | 4/8/18 | 6 | 55.48 | 15.48 | $300.00 | $5.41 | $13.00 | 2.00 | $14.09 | $303.60 | $218.11 | $26.00 | $547.71 | $1,095.42 |
| 4/9/18 | 4/15/18 | 6 | 56.77 | 16.77 | $340.00 | $5.99 | $13.00 | 3.00 | $13.51 | $280.40 | $226.56 | $39.00 | $545.96 | $1,091.92 |
| 4/16/18 | 4/22/18 | 6 | 52 | 12 | $300.00 | $5.77 | $13.00 | 0.00 | $13.73 | $289.20 | $164.76 | $0.00 | $453.96 | $907.92 |
| 4/23/18 | 4/29/18 | 6 | 61.05 | 21.05 | $360.00 | $5.90 | $13.00 | 4.00 | $13.60 | $284.00 | $286.28 | $52.00 | $622.28 | $1,244.56 |
| 4/30/18 | 5/6/18 | 7 | 69.47 | 29.47 | $300.00 | $4.32 | $13.00 | 4.00 | $15.18 | $347.20 | $447.35 | $52.00 | $846.55 | $1,693.10 |
| 5/7/18 | 5/13/18 | 6 | 56.97 | 16.97 | $300.00 | $5.27 | $13.00 | 4.00 | $14.23 | $309.20 | $241.48 | $52.00 | $602.68 | $1,205.36 |
| 5/14/18 | 5/20/18 | 6 | 60.08 | 20.08 | $300.00 | $4.99 | $13.00 | 6.00 | $14.51 | $320.40 | $291.36 | $78.00 | $689.76 | $1,379.52 |
| 5/21/18 | 5/27/18 | 6 | 60.53 | 20.53 | $300.00 | $4.96 | $13.00 | 5.00 | $14.54 | $321.60 | $298.51 | $65.00 | $685.11 | $1,370.22 |
| 5/28/18 | 6/3/18 | 7 | 66.42 | 26.42 | $300.00 | $4.52 | $13.00 | 3.00 | $14.98 | $339.20 | $395.77 | $39.00 | $773.97 | $1,547.94 |
| 6/4/18 | 6/10/18 | 6 | 60.42 | 20.42 | $300.00 | $4.97 | $13.00 | 4.00 | $14.53 | $321.20 | $296.70 | $52.00 | $669.90 | $1,339.80 |
| 6/11/18 | 6/17/18 | 6 | 56.83 | 16.83 | $300.00 | $5.28 | $13.00 | 1.00 | $14.22 | $308.80 | $239.32 | $13.00 | $561.12 | $1,122.24 |
| 6/18/18 | 6/24/18 | 6 | 45.58 | 5.58 | $300.00 | $6.58 | $13.00 | 1.00 | $12.92 | $256.80 | $72.09 | $13.00 | $341.89 | $683.78 |
| 6/25/18 | 7/1/18 | 6 | 57.83 | 17.83 | $300.00 | $5.19 | $13.00 | 3.00 | $14.31 | $312.40 | $255.15 | $39.00 | $606.55 | $1,213.10 |
| 7/2/18 | 7/8/18 | 6 | 44.62 | 4.62 | $300.00 | $6.72 | $13.00 | 0.00 | $12.78 | $251.20 | $59.04 | $0.00 | $310.24 | $620.48 |
| 7/9/18 | 7/15/18 | 6 | 55.42 | 15.42 | $300.00 | $5.41 | $13.00 | 1.00 | $14.09 | $303.60 | $217.27 | $13.00 | $533.87 | $1,067.74 |
| 7/16/18 | 7/22/18 | 4 | 31.67 | 0 | $300.00 | $9.47 | $13.00 | 1.00 | $10.03 | $111.80 | $0.00 | $13.00 | $124.80 | $249.60 |

### NYLL Interest Due

| Start Date | End Date | Days | Days / 2 | Midpoint | Days b/w Midpoint & Today | Wages Due | Daily Interest Due | TOTAL INTEREST |
|---|---|---|---|---|---|---|---|---|
| 1/13/18 | 7/19/18 | 187 | 94 | 4/17/18 | 423 | $15,446.47 | $3.81 | **$1,611.09** |

### Wage Theft Prevention Act Statutory Damages

| Violation | Amount per workday | Work days since 2/27/15 | Amounts Due (up to $5,000) | TOTAL |
|---|---|---|---|---|
| Notices - NYLL § 195(1) | $50 | 166 | $5,000.00 | **$10,000.00** |
| Paystubs - NYLL § 195(3) | $250 | 166 | $5,000.00 | |

**TOTAL DAMAGES:** $42,504.03

*Total does not include attorneys' fees or costs

*Espinosa v. Abraham Refrigeration A/C Corp.*, **18 Civ. 8855 (LGS)(NS)**

**Damages Calculations for Ysael Espinosa**

| Days Worked | Time In | Time Out | Hours Worked | Minus 20-Minute Daily Break | As Numbers & Weekly Totals |
|---|---|---|---|---|---|
| 1/8/18 | | | | | |
| 1/9/18 | | | | | |
| 1/10/18 | 8:42:00 AM | 5:33:00 PM | 8:51 | 8:31 | 8.52 |
| 1/11/18 | 8:24:00 AM | 5:31:00 PM | 9:07 | 8:47 | 8.78 |
| 1/12/18 | 8:22:00 AM | 5:37:00 PM | 9:15 | 8:55 | 8.92 |
| 1/13/18 | 8:23:00 AM | 6:02:00 PM | 9:39 | 9:19 | 9.32 |
| 1/14/18 | | | | WEEK: | 36.87 |
| | | | | SOH SHIFTS: | 0 |
| | | | | | |
| 1/15/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 1/16/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 1/17/18 | 8:22:00 AM | 5:00:00 PM | 8:38 | 8:18 | 8.30 |
| 1/18/18 | 8:33:00 AM | 5:00:00 PM | 8:27 | 8:07 | 8.12 |
| 1/19/18 | 8:14:00 AM | 5:00:00 PM | 8:46 | 8:26 | 8.43 |
| 1/20/18 | 9:08:00 AM | 5:00:00 PM | 7:52 | 7:32 | 7.53 |
| 1/21/18 | | | | WEEK: | 49.72 |
| | | | | SOH SHIFTS: | 0 |
| | | | | | |
| 1/22/18 | 9:12:00 AM | 5:00:00 PM | 7:48 | 7:28 | 7.47 |
| 1/23/18 | 9:32:00 AM | 5:00:00 PM | 7:28 | 7:08 | 7.13 |
| 1/24/18 | 9:02:00 AM | 5:00:00 PM | 7:58 | 7:38 | 7.63 |
| 1/25/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 1/26/18 | 8:07:00 AM | 5:00:00 PM | 8:53 | 8:33 | 8.55 |
| 1/27/18 | 8:03:00 AM | 5:00:00 PM | 8:57 | 8:37 | 8.62 |
| 1/28/18 | | | | WEEK: | 48.07 |
| | | | | SOH SHIFTS: | 0.00 |
| | | | | | |
| 1/29/18 | 8:30:00 AM | 5:00:00 PM | 8:30 | 8:10 | 8.17 |
| 1/30/18 | 8:22:00 AM | 5:00:00 PM | 8:38 | 8:18 | 8.30 |
| 1/31/18 | 8:19:00 AM | 5:00:00 PM | 8:41 | 8:21 | 8.35 |
| 2/1/18 | 8:00:00 AM | 6:12:00 PM | 10:12 | 9:52 | 9.87 |
| 2/2/18 | 8:00:00 AM | 5:22:00 PM | 9:22 | 9:02 | 9.03 |
| 2/3/18 | 8:02:00 AM | 5:12:00 PM | 9:10 | 8:50 | 8.83 |
| 2/4/18 | | | | WEEK: | 52.55 |
| | | | | SOH SHIFTS: | 1.00 |
| | | | | | |
| 2/5/18 | 8:00:00 AM | 5:32:00 PM | 9:32 | 9:12 | 9.20 |
| 2/6/18 | 8:00:00 AM | 5:22:00 PM | 9:22 | 9:02 | 9.03 |
| 2/7/18 | 7:08:00 AM | 6:33:00 PM | 11:25 | 11:05 | 11.08 |
| 2/8/18 | 8:00:00 AM | 6:41:00 PM | 10:41 | 10:21 | 10.35 |
| 2/9/18 | 8:00:00 AM | 7:22:00 PM | 11:22 | 11:02 | 11.03 |
| 2/10/18 | 7:52:00 AM | 6:13:00 PM | 10:21 | 10:01 | 10.02 |

*Espinosa v. Abraham Refrigeration A/C Corp.*, 18 Civ. 8855 (LGS)(NS)

**Damages Calculations for Ysael Espinosa**

| Days Worked | Time In | Time Out | Hours Worked | Minus 20-Minute Daily Break | As Numbers & Weekly Totals |
|---|---|---|---|---|---|
| 2/11/18 | | | | WEEK: | 60.72 |
| | | | | SOH SHIFTS: | 4.00 |
| | | | | | |
| 2/12/18 | 8:00:00 AM | 5:32:00 PM | 9:32 | 9:12 | 9.20 |
| 2/13/18 | 8:00:00 AM | 5:12:00 PM | 9:12 | 8:52 | 8.87 |
| 2/14/18 | 8:00:00 AM | 6:11:00 PM | 10:11 | 9:51 | 9.85 |
| 2/15/18 | 8:00:00 AM | 6:06:00 PM | 10:06 | 9:46 | 9.77 |
| 2/16/18 | 8:00:00 AM | 6:30:00 PM | 10:30 | 10:10 | 10.17 |
| 2/17/18 | 7:00:00 AM | 6:29:00 PM | 11:29 | 11:09 | 11.15 |
| 2/18/18 | | | | WEEK: | 59.00 |
| | | | | SOH SHIFTS: | 4.00 |
| | | | | | |
| 2/19/18 | 8:00:00 AM | 5:03:00 PM | 9:03 | 8:43 | 8.72 |
| 2/20/18 | 7:09:00 AM | 6:00:00 PM | 10:51 | 10:31 | 10.52 |
| 2/21/18 | 8:00:00 AM | 6:21:00 PM | 10:21 | 10:01 | 10.02 |
| 2/22/18 | 7:43:00 AM | 7:13:00 PM | 11:30 | 11:10 | 11.17 |
| 2/23/18 | 8:12:00 AM | 8:07:00 PM | 11:55 | 11:35 | 11.58 |
| 2/24/18 | 7:52:00 AM | 5:00:00 PM | 9:08 | 8:48 | 8.80 |
| 2/25/18 | | | | WEEK: | 60.80 |
| | | | | SOH SHIFTS: | 4.00 |
| | | | | | |
| 2/26/18 | 8:07:00 AM | 5:22:00 PM | 9:15 | 8:55 | 8.92 |
| 2/27/18 | 8:00:00 AM | 6:11:00 PM | 10:11 | 9:51 | 9.85 |
| 2/28/18 | 8:02:00 AM | 6:08:00 PM | 10:06 | 9:46 | 9.77 |
| 3/1/18 | 8:00:00 AM | 6:32:00 PM | 10:32 | 10:12 | 10.20 |
| 3/2/18 | 8:00:00 AM | 6:31:00 PM | 10:31 | 10:11 | 10.18 |
| 3/3/18 | 8:00:00 AM | 6:40:00 PM | 10:40 | 10:20 | 10.33 |
| 3/4/18 | | | | WEEK: | 59.25 |
| | | | | SOH SHIFTS: | 5.00 |
| | | | | | |
| 3/5/18 | 8:02:00 AM | 6:50:00 PM | 10:48 | 10:28 | 10.47 |
| 3/6/18 | 8:02:00 AM | 6:52:00 PM | 10:50 | 10:30 | 10.50 |
| 3/7/18 | 8:01:00 AM | 6:12:00 PM | 10:11 | 9:51 | 9.85 |
| 3/8/18 | 8:11:00 AM | 5:19:00 PM | 9:08 | 8:48 | 8.80 |
| 3/9/18 | 8:03:00 AM | 5:00:00 PM | 8:57 | 8:37 | 8.62 |
| 3/10/18 | 8:12:00 AM | 6:03:00 PM | 9:51 | 9:31 | 9.52 |
| 3/11/18 | | | | WEEK: | 57.75 |
| | | | | SOH SHIFTS: | 3.00 |
| | | | | | |
| 3/12/18 | 8:03:00 AM | 5:00:00 PM | 8:57 | 8:37 | 8.62 |
| 3/13/18 | 8:04:00 AM | 6:31:00 PM | 10:27 | 10:07 | 10.12 |
| 3/14/18 | 8:02:00 AM | 7:11:00 PM | 11:09 | 10:49 | 10.82 |

*Espinosa v. Abraham Refrigeration A/C Corp.*, **18 Civ. 8855 (LGS)(NS)**

**Damages Calculations for Ysael Espinosa**

| Days Worked | Time In | Time Out | Hours Worked | Minus 20-Minute Daily Break | As Numbers & Weekly Totals |
|---|---|---|---|---|---|
| 3/15/18 | 8:08:00 AM | 7:26:00 PM | 11:18 | 10:58 | 10.97 |
| 3/16/18 | 8:09:00 AM | 7:20:00 PM | 11:11 | 10:51 | 10.85 |
| 3/17/18 | 8:13:00 AM | 7:22:00 PM | 11:09 | 10:49 | 10.82 |
| 3/18/18 | | | | **WEEK:** | **62.18** |
| | | | | **SOH SHIFTS:** | **5.00** |
| | | | | | |
| 3/19/18 | 8:11:00 AM | 5:00:00 PM | 8:49 | 8:29 | 8.48 |
| 3/20/18 | 8:13:00 AM | 5:00:00 PM | 8:47 | 8:27 | 8.45 |
| 3/21/18 | 8:12:00 AM | 5:00:00 PM | 8:48 | 8:28 | 8.47 |
| 3/22/18 | 8:00:00 AM | 5:02:00 PM | 9:02 | 8:42 | 8.70 |
| 3/23/18 | 8:00:00 AM | 5:31:00 PM | 9:31 | 9:11 | 9.18 |
| 3/24/18 | 8:00:00 AM | 6:22:00 PM | 10:22 | 10:02 | 10.03 |
| 3/25/18 | | | | **WEEK:** | **53.32** |
| | | | | **SOH SHIFTS:** | **1.00** |
| | | | | | |
| 3/26/18 | 8:07:00 AM | 5:00:00 PM | 8:53 | 8:33 | 8.55 |
| 3/27/18 | 8:02:00 AM | 5:00:00 PM | 8:58 | 8:38 | 8.63 |
| 3/28/18 | 7:57:00 AM | 5:00:00 PM | 9:03 | 8:43 | 8.72 |
| 3/29/18 | 7:59:00 AM | 6:12:00 PM | 10:13 | 9:53 | 9.88 |
| 3/30/18 | 7:52:00 AM | 5:11:00 PM | 9:19 | 8:59 | 8.98 |
| 3/31/18 | 8:12:00 AM | 6:07:00 PM | 9:55 | 9:35 | 9.58 |
| 4/1/18 | | | | **WEEK:** | **54.35** |
| | | | | **SOH SHIFTS:** | **1.00** |
| | | | | | |
| 4/2/18 | 8:00:00 AM | 5:22:00 PM | 9:22 | 9:02 | 9.03 |
| 4/3/18 | 8:00:00 AM | 5:14:00 PM | 9:14 | 8:54 | 8.90 |
| 4/4/18 | 8:00:00 AM | 5:11:00 PM | 9:11 | 8:51 | 8.85 |
| 4/5/18 | 8:02:00 AM | 5:00:00 PM | 8:58 | 8:38 | 8.63 |
| 4/6/18 | 8:03:00 AM | 6:34:00 PM | 10:31 | 10:11 | 10.18 |
| 4/7/18 | 8:09:00 AM | 6:22:00 PM | 10:13 | 9:53 | 9.88 |
| 4/8/18 | | | | **WEEK:** | **55.48** |
| | | | | **SOH SHIFTS:** | **2.00** |
| | | | | | |
| 4/9/18 | 8:00:00 AM | 6:20:00 PM | 10:20 | 10:00 | 10.00 |
| 4/10/18 | 8:00:00 AM | 6:13:00 PM | 10:13 | 9:53 | 9.88 |
| 4/11/18 | 8:00:00 AM | 6:14:00 PM | 10:14 | 9:54 | 9.90 |
| 4/12/18 | 8:00:00 AM | 5:31:00 PM | 9:31 | 9:11 | 9.18 |
| 4/13/18 | 8:00:00 AM | 5:21:00 PM | 9:21 | 9:01 | 9.02 |
| 4/14/18 | 8:00:00 AM | 5:07:00 PM | 9:07 | 8:47 | 8.78 |
| 4/15/18 | | | | **WEEK:** | **56.77** |
| | | | | **SOH SHIFTS:** | **3.00** |

*Espinosa v. Abraham Refrigeration A/C Corp.,* **18 Civ. 8855 (LGS)(NS)**

**Damages Calculations for Ysael Espinosa**

| Days Worked | Time In | Time Out | Hours Worked | Minus 20-Minute Daily Break | As Numbers & Weekly Totals |
|---|---|---|---|---|---|
| 4/16/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 4/17/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 4/18/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 4/19/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 4/20/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 4/21/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 4/22/18 | | | | WEEK: | 52.00 |
| | | | | SOH SHIFTS: | 0.00 |
| | | | | | |
| 4/23/18 | 8:00:00 AM | 5:03:00 PM | 9:03 | 8:43 | 8.72 |
| 4/24/18 | 8:00:00 AM | 5:02:00 PM | 9:02 | 8:42 | 8.70 |
| 4/25/18 | 8:00:00 AM | 7:32:00 PM | 11:32 | 11:12 | 11.20 |
| 4/26/18 | 8:00:00 AM | 6:40:00 PM | 10:40 | 10:20 | 10.33 |
| 4/27/18 | 8:00:00 AM | 7:32:00 PM | 11:32 | 11:12 | 11.20 |
| 4/28/18 | 8:00:00 AM | 7:14:00 PM | 11:14 | 10:54 | 10.90 |
| 4/29/18 | | | | WEEK: | 61.05 |
| | | | | SOH SHIFTS: | 4.00 |
| | | | | | |
| 4/30/18 | 8:00:00 AM | 5:33:00 PM | 9:33 | 9:13 | 9.22 |
| 5/1/18 | 8:00:00 AM | 5:11:00 PM | 9:11 | 8:51 | 8.85 |
| 5/2/18 | 8:00:00 AM | 6:20:00 PM | 10:20 | 10:00 | 10.00 |
| 5/3/18 | 8:00:00 AM | 6:31:00 PM | 10:31 | 10:11 | 10.18 |
| 5/4/18 | 8:00:00 AM | 6:54:00 PM | 10:54 | 10:34 | 10.57 |
| 5/5/18 | 8:00:00 AM | 6:38:00 PM | 10:38 | 10:18 | 10.30 |
| 5/6/18 | 8:00:00 AM | 6:41:00 PM | 10:41 | 10:21 | 10.35 |
| | | | | WEEK: | 69.47 |
| | | | | SOH SHIFTS: | 4.00 |
| | | | | | |
| 5/7/18 | | | | | |
| 5/8/18 | 8:00:00 AM | 6:03:00 PM | 10:03 | 9:43 | 9.72 |
| 5/9/18 | 8:00:00 AM | 6:00:00 PM | 10:00 | 9:40 | 9.67 |
| 5/10/18 | 8:00:00 AM | 6:42:00 PM | 10:42 | 10:22 | 10.37 |
| 5/11/18 | 8:00:00 AM | 6:13:00 PM | 10:13 | 9:53 | 9.88 |
| 5/12/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 5/13/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| | | | | WEEK: | 56.97 |
| | | | | SOH SHIFTS: | 4.00 |
| | | | | | |
| 5/14/18 | 8:00:00 AM | 6:11:00 PM | 10:11 | 9:51 | 9.85 |
| 5/15/18 | 8:00:00 AM | 6:13:00 PM | 10:13 | 9:53 | 9.88 |
| 5/16/18 | 8:00:00 AM | 6:41:00 PM | 10:41 | 10:21 | 10.35 |
| 5/17/18 | 8:00:00 AM | 6:33:00 PM | 10:33 | 10:13 | 10.22 |

*Espinosa v. Abraham Refrigeration A/C Corp.*, 18 Civ. 8855 (LGS)(NS)

**Damages Calculations for Ysael Espinosa**

| Days Worked | Time In | Time Out | Hours Worked | Minus 20-Minute Daily Break | As Numbers & Weekly Totals |
|---|---|---|---|---|---|
| 5/18/18 | 8:00:00 AM | 6:23:00 PM | 10:23 | 10:03 | 10.05 |
| 5/19/18 | 8:00:00 AM | 6:04:00 PM | 10:04 | 9:44 | 9.73 |
| 5/20/18 | | | | WEEK: | 60.08 |
| | | | | SOH SHIFTS: | 6.00 |
| | | | | | |
| 5/21/18 | 8:00:00 AM | 6:02:00 PM | 10:02 | 9:42 | 9.70 |
| 5/22/18 | 8:02:00 AM | 6:31:00 PM | 10:29 | 10:09 | 10.15 |
| 5/23/18 | 8:00:00 AM | 5:32:00 PM | 9:32 | 9:12 | 9.20 |
| 5/24/18 | 8:00:00 AM | 6:12:00 PM | 10:12 | 9:52 | 9.87 |
| 5/25/18 | 8:00:00 AM | 6:44:00 PM | 10:44 | 10:24 | 10.40 |
| 5/26/18 | 8:00:00 AM | 7:33:00 PM | 11:33 | 11:13 | 11.22 |
| 5/27/18 | | | | WEEK: | 60.53 |
| | | | | SOH SHIFTS: | 5.00 |
| | | | | | |
| 5/28/18 | 8:00:00 AM | 6:32:00 PM | 10:32 | 10:12 | 10.20 |
| 5/29/18 | 9:34:00 AM | 6:12:00 PM | 8:38 | 8:18 | 8.30 |
| 5/30/18 | 8:12:00 AM | 6:42:00 PM | 10:30 | 10:10 | 10.17 |
| 5/31/18 | 8:04:00 AM | 6:33:00 PM | 10:29 | 10:09 | 10.15 |
| 6/1/18 | 8:00:00 AM | 5:33:00 PM | 9:33 | 9:13 | 9.22 |
| 6/2/18 | 8:00:00 AM | 5:41:00 PM | 9:41 | 9:21 | 9.35 |
| 6/3/18 | 8:00:00 AM | 5:22:00 PM | 9:22 | 9:02 | 9.03 |
| | | | | WEEK: | 66.42 |
| | | | | SOH SHIFTS: | 3.00 |
| | | | | | |
| 6/4/18 | 8:00:00 AM | 5:14:00 PM | 9:14 | 8:54 | 8.90 |
| 6/5/18 | 8:00:00 AM | 5:11:00 PM | 9:11 | 8:51 | 8.85 |
| 6/6/18 | 8:00:00 AM | 6:31:00 PM | 10:31 | 10:11 | 10.18 |
| 6/7/18 | 8:00:00 AM | 7:03:00 PM | 11:03 | 10:43 | 10.72 |
| 6/8/18 | 8:00:00 AM | 7:09:00 PM | 11:09 | 10:49 | 10.82 |
| 6/9/18 | 8:00:00 AM | 7:17:00 PM | 11:17 | 10:57 | 10.95 |
| 6/10/18 | | | | WEEK: | 60.42 |
| | | | | SOH SHIFTS: | 4.00 |
| | | | | | |
| 6/11/18 | 8:00:00 AM | 6:04:00 PM | 10:04 | 9:44 | 9.73 |
| 6/12/18 | 8:00:00 AM | 5:32:00 PM | 9:32 | 9:12 | 9.20 |
| 6/13/18 | 8:00:00 AM | 5:41:00 PM | 9:41 | 9:21 | 9.35 |
| 6/14/18 | 8:00:00 AM | 5:43:00 PM | 9:43 | 9:23 | 9.38 |
| 6/15/18 | 8:00:00 AM | 5:52:00 PM | 9:52 | 9:32 | 9.53 |
| 6/16/18 | 8:00:00 AM | 5:58:00 PM | 9:58 | 9:38 | 9.63 |
| 6/17/18 | | | | WEEK: | 56.83 |
| | | | | SOH SHIFTS: | 1.00 |

*Espinosa v. Abraham Refrigeration A/C Corp.*, 18 Civ. 8855 (LGS)(NS)

Damages Calculations for Ysael Espinosa

| Days Worked | Time In | Time Out | Hours Worked | Minus 20-Minute Daily Break | As Numbers & Weekly Totals |
|---|---|---|---|---|---|
| 6/18/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 6/19/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 6/20/18 | 8:00:00 AM | 6:32:00 PM | 10:32 | 10:12 | 10.20 |
| 6/21/18 | 8:00:00 AM | 5:08:00 PM | 9:08 | 8:48 | 8.80 |
| 6/22/18 | 8:00:00 AM | 5:35:00 PM | 9:35 | 9:15 | 9.25 |
| 6/23/18 | | | | **WEEK:** | **45.58** |
| 6/24/18 | | | | **SOH SHIFTS:** | **1.00** |
| | | | | | |
| 6/25/18 | 8:00:00 AM | 6:13:00 PM | 10:13 | 9:53 | 9.88 |
| 6/26/18 | 8:00:00 AM | 6:34:00 PM | 10:34 | 10:14 | 10.23 |
| 6/27/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 6/28/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 6/29/18 | 8:00:00 AM | 7:41:00 PM | 11:41 | 11:21 | 11.35 |
| 6/30/18 | 8:00:00 AM | 5:22:00 PM | 9:22 | 9:02 | 9.03 |
| 7/1/18 | | | | **WEEK:** | **57.83** |
| | | | | **SOH SHIFTS:** | **3.00** |
| | | | | | |
| 7/2/18 | 8:00:00 AM | 5:31:00 PM | 9:31 | 9:11 | 9.18 |
| 7/3/18 | 8:00:00 AM | 5:42:00 PM | 9:42 | 9:22 | 9.37 |
| 7/4/18 | | | | | |
| 7/5/18 | 8:42:00 AM | 5:14:00 PM | 8:32 | 8:12 | 8.20 |
| 7/6/18 | 8:00:00 AM | 5:32:00 PM | 9:32 | 9:12 | 9.20 |
| 7/7/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 7/8/18 | | | | **WEEK:** | **44.62** |
| | | | | **SOH SHIFTS:** | **0.00** |
| | | | | | |
| 7/9/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 7/10/18 | 8:00:00 AM | 6:32:00 PM | 10:32 | 10:12 | 10.20 |
| 7/11/18 | 8:00:00 AM | 5:41:00 PM | 9:41 | 9:21 | 9.35 |
| 7/12/18 | 8:00:00 AM | 5:31:00 PM | 9:31 | 9:11 | 9.18 |
| 7/13/18 | 8:00:00 AM | 5:41:00 PM | 9:41 | 9:21 | 9.35 |
| 7/14/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 7/15/18 | | | | **WEEK:** | **55.42** |
| | | | | **SOH SHIFTS:** | **1.00** |
| | | | | | |
| 7/16/18 | 8:00:00 AM | 5:42:00 PM | 9:42 | 9:22 | 9.37 |
| 7/17/18 | 8:00:00 AM | 5:00:00 PM | 9:00 | 8:40 | 8.67 |
| 7/18/18 | 8:00:00 AM | 6:18:00 PM | 10:18 | 9:58 | 9.97 |
| 7/19/18 | 8:00:00 AM | 12:00:00 PM | 4:00 | 3:40 | 3.67 |
| | | | | **WEEK:** | **31.67** |
| | | | | **SOH SHIFTS:** | **1.00** |