# EXHIBIT 1

# Pechman Law Group PLLC

488 Madison Avenue, 17th Fl.

New York, NY 10022

**Phone:** (212) 583-9500  |  **Fax:**

## ACCOUNT STATEMENT

**Prepared for:**
**Ysael Castro Espinosa**

**RE:**
**Abraham Refrigeration**

| | |
|---|---:|
| **Previous Balance** | $0.00 |
| **Current Charges** | $78,970.25 |
| **New Balance** | $78,970.25 |
| | |
| **Adjustments** | $0.00 |
| | |
| **Payments** | $0.00 |
| **Now Due** | $78,970.25 |
| **Trust Account** | $0.00 |

# Pechman Law Group PLLC

488 Madison Avenue, 17th Fl.

New York, NY 10022

**Phone:** (212) 583-9500  |  **Fax:**

## PRE-BILL

**Ysael Castro Espinosa**

| Invoice Date | July 26, 2019 |
|---|---|
| Invoice Number | Pre-bill |
| Invoice Amount | $78,970.25 |

## Matter: Abraham Refrigeration

| Attorney's Fees | | | | |
|---|---|---|---|---|
| 8/8/2018 | Intake interview and review of retainer agreement with Ysael Castro Espinosa. | G.J.C. | 1.20 | $480.00 |
| 8/8/2018 | Attend portion of consultation with Espinosa. | L.P. | 0.30 | $180.00 |
| 8/14/2018 | Draft and send FOIA/FOIL requests to state and federal departments of labor. | G.J.C. | 0.20 | $80.00 |
| 8/14/2018 | Draft demand letter and Section 630 BCL notices. | G.J.C. | 0.60 | $240.00 |
| 8/24/2018 | Finalize and mail demand letter with Rule 630 BCL notices. | G.J.C. | 0.20 | $80.00 |
| 9/10/2018 | Review documents received from NY Department of Labor. | G.J.C. | 0.20 | $80.00 |
| 9/17/2018 | Call Abraham Refrigeration and inform receptionist of demand letter and nature of case, and that we need a response from the company if we are to avoid going to federal court. | G.J.C. | 0.10 | $40.00 |
| 9/20/2018 | Call with Abraham Refrigeration and Pechman, left message for Abraham Perez re: filing of Complaint on Monday if we do not hear back from him. | G.J.C. | 0.20 | $80.00 |
| 9/20/2018 | Call with Cuadra and Abraham Refrigeration re: we will have to file if we do not get a response. | L.P. | 0.10 | No Charge |
| 9/26/2018 | Call with Espinosa re: status of case and filing, | G.J.C. | 0.10 | $40.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | as well as potential retaliation. | | | |
| 9/26/2018 | Review and revise Complaint. | G.J.C. | 1.40 | $560.00 |
| 9/27/2018 | Review all facts in Complaint with Espinosa. | G.J.C. | 0.20 | $80.00 |
| 9/27/2018 | Finalize Complaint and civil cover sheet. | G.J.C. | 0.80 | $320.00 |
| 10/10/2018 | Call with Espinosa re: supposedly, defendant would like to settle, but he has not reached out to counsel. | G.J.C. | 0.10 | $40.00 |
| 10/17/2018 | Review and file certificates of service for all three defendants. | G.J.C. | 0.20 | $80.00 |
| 10/24/2018 | Draft cover letter to Defendants enclosing Court's October 15 Order and the Court's Individual Rules. | G.J.C. | 0.20 | $80.00 |
| 10/24/2018 | Mail Court's Order and individual rules to defendants. | G.J.C. | 0.10 | No Charge |
| 11/5/2018 | Draft initial pretrial conference letter and proposed case management plan. | G.J.C. | 0.60 | $240.00 |
| 11/6/2018 | Calculate damages based on documents received from client. | G.J.C. | 1.40 | $560.00 |
| 11/9/2018 | Call with defense counsel re: initial pretrial conference and potential settlement. | G.J.C. | 0.20 | $80.00 |
| 11/12/2018 | Draft joint letter-motion requesting adjournment of initial pretrial conference and send it to defense counsel. | G.J.C. | 0.10 | $40.00 |
| 11/12/2018 | Review joint initial pretrial conference letter and proposed case management plan and send both to defense counsel for his review. | G.J.C. | 0.10 | $40.00 |
| 11/13/2018 | Finalize and file joint letter-motion requesting adjournment of initial pretrial conference. | G.J.C. | 0.10 | $40.00 |
| 11/13/2018 | Draft Rule 26 initial disclosures for Plaintiff. | G.J.C. | 0.20 | $80.00 |
| 11/14/2018 | Draft and review initial disclosures and ongoing facts (and potential retaliation) with Espinosa. | G.J.C. | 0.30 | $120.00 |
| 11/14/2018 | Finalize damages calculations, including explanatory email about them by column of spreadsheet, and send them to defense counsel subject to FRE 408. | G.J.C. | 0.80 | $320.00 |
| 11/14/2018 | Revise initial pretrial conference joint letter and send it to defense counsel for review. | G.J.C. | 0.20 | $80.00 |
| 12/5/2018 | Email defense counsel re: status of potential settlement. | G.J.C. | 0.10 | $40.00 |
| 12/10/2018 | Email U.S. Department of Labor re: FOIA request update. | G.J.C. | 0.10 | $40.00 |
| 12/13/2018 | Begin drafting interrogatories to defendants. | G.J.C. | 0.90 | $360.00 |
| 12/17/2018 | Continue drafting interrogatories. | G.J.C. | 0.70 | $280.00 |
| 12/17/2018 | Finalize first set of interrogatories to Defendants. | G.J.C. | 0.90 | $360.00 |
| 12/17/2018 | Finalize document requests and interrogatories and serve them on defense counsel. | G.J.C. | 1.40 | $560.00 |
| 12/19/2018 | Review Judge Netburn's Order (ECF No. 24) | G.J.C. | 0.10 | $40.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | re: scheduling settlement conferences and contact defense counsel about scheduling a settlement conference if Defendants are interested in attending one. | | | |
| 1/22/2019 | Research law on whether paid (not unpaid) interns are considered employees under the NYLL and FLSA. | G.J.C. | 0.90 | $360.00 |
| 1/22/2019 | Begin drafting responses and objections to document requests from Defendants. | G.J.C. | 1.80 | $720.00 |
| 1/23/2019 | Email defense counsel re: status of discovery responses from defendants. | G.J.C. | 0.10 | $40.00 |
| 1/23/2019 | Review defendants' discovery responses and objections. | G.J.C. | 0.30 | $120.00 |
| 1/23/2019 | Email defense counsel re: verification page missing from interrogatory responses, and so responses are deficient. | G.J.C. | 0.10 | $40.00 |
| 1/28/2019 | Draft joint status report. | G.J.C. | 0.90 | $360.00 |
| 1/28/2019 | Review all discovery requests with Espinosa. | G.J.C. | 0.30 | $120.00 |
| 1/28/2019 | Review discovery requests in anticipation of call with Espinosa. | G.J.C. | 0.20 | $80.00 |
| 1/28/2019 | Finalize and file joint status report. | G.J.C. | 0.20 | $80.00 |
| 1/30/2019 | Continue drafting discovery responses and objections in preparation for meeting with Espinosa on 1/31/19. | G.J.C. | 1.10 | $440.00 |
| 1/31/2019 | Continue drafting discovery responses and objections. | G.J.C. | 1.90 | $760.00 |
| 1/31/2019 | Call with Espinosa re: meeting on Monday at 9:30 a.m. to review/revise all responses and objections and document production. | G.J.C. | 0.10 | No Charge |
| 2/1/2019 | Continue drafting and revising responses and objections. | G.J.C. | 0.30 | $120.00 |
| 2/4/2019 | Review all discovery responses and objections and documents for production with Espinosa. | G.J.C. | 1.60 | $640.00 |
| 2/4/2019 | Finalize and serve discovery response and objections and Plaintiff's second production. | G.J.C. | 1.10 | $440.00 |
| 2/5/2019 | Email defense counsel re: initial deficiencies in Defendants' production and discovery responses. | G.J.C. | 0.10 | $40.00 |
| 2/5/2019 | Call with Weiss and Pechman re: status of case, including potential settlement, and discovery deficiencies. | G.J.C. | 0.30 | $120.00 |
| 2/5/2019 | Telephone conference with Weiss and Cuadra re: status. | L.P. | 0.30 | $180.00 |
| 2/6/2019 | Draft deficiency letter to defense counsel. | G.J.C. | 1.80 | $720.00 |
| 2/6/2019 | Review, revise, and finalize deficiency letter to Weiss. | G.J.C. | 0.60 | $240.00 |
| 2/8/2019 | Call with Espinosa re: Facts of case and discovery deficiency letter to defendants. | G.J.C. | 0.10 | $40.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 2/12/2019 | Call with Espinosa re: Need to speak with all potential witnesses soon, if there are any. | G.J.C. | 0.10 | No Charge |
| 2/21/2019 | Call with Espinosa re: potential witnesses and information needed from them for trial and/or motions. | G.J.C. | 0.20 | $80.00 |
| 2/21/2019 | Call with Espinosa's mother re: letter submitted by defendants. | G.J.C. | 0.60 | $240.00 |
| 2/21/2019 | Call with Espinosa re: information received from Marisol Espinosa, signing of affidavit by Mrs. Espinosa, and strategy of case. | G.J.C. | 0.20 | $80.00 |
| 2/21/2019 | Finalize and email discovery deficiency letter to defense counsel. | G.J.C. | 0.30 | $120.00 |
| 2/21/2019 | Draft affidavit of Marisol Espinosa Perez. | G.J.C. | 1.10 | $440.00 |
| 2/22/2019 | Review and revise affidavit of Marisol Espinosa and email it to her for review. | G.J.C. | 0.80 | $320.00 |
| 2/22/2019 | Emails with client re: affidavit of Marisol Espinosa. | G.J.C. | 0.10 | $40.00 |
| 3/4/2019 | Revise affidavit of Marisol Espinosa and send it to Castro. | G.J.C. | 0.10 | $40.00 |
| 3/7/2019 | Email defense counsel re: response to deficiency letter was due 3/5/19, but in good faith all deficiencies can be cured by 3/12/19 or else we contact court. | G.J.C. | 0.10 | $40.00 |
| 3/7/2019 | Email defense counsel re: deposition dates for defendants. | G.J.C. | 0.10 | $40.00 |
| 3/8/2019 | Email Espinosa re: witness affidavit. | G.J.C. | 0.10 | $40.00 |
| 3/11/2019 | Draft and serve deposition notices (individual and two Rule 30(b)(6) notices). | G.J.C. | 1.10 | $440.00 |
| 3/11/2019 | Email defense counsel re: deposition dates for defendants. | G.J.C. | 0.10 | $40.00 |
| 3/11/2019 | Email defense counsel re: discovery deficiency letter response due on 3/12/19. | G.J.C. | 0.10 | $40.00 |
| 3/12/2019 | Call with Marisol Espinosa re: facts in affidavit. | G.J.C. | 0.30 | $120.00 |
| 3/12/2019 | Email defense counsel re: deposition times and dates, interpreters needed. | G.J.C. | 0.10 | $40.00 |
| 3/12/2019 | Revise deposition notices and send them to defense counsel. | G.J.C. | 0.20 | $80.00 |
| 3/12/2019 | Email defense counsel re: remaining discovery deficiencies. | G.J.C. | 0.40 | $160.00 |
| 3/13/2019 | Call with Espinosa re: deposition next week and preparation tomorrow. | G.J.C. | 0.10 | No Charge |
| 3/14/2019 | Call with Espinosa re: substance of deposition preparation. | G.J.C. | 0.10 | $40.00 |
| 3/15/2019 | Review pleadings, documents produced to date, and discovery responses and objections in preparation for deposition with Espinosa. | G.J.C. | 0.30 | $120.00 |
| 3/15/2019 | Additional deposition preparation with Espinosa. | G.J.C. | 0.90 | $360.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 3/18/2019 | Review documents in preparation for deposition. | G.J.C. | 0.40 | $160.00 |
| 3/18/2019 | Defend deposition of Espinosa. | G.J.C. | 3.60 | $1,440.00 |
| 3/18/2019 | Review primary facts stated in deposition with Espinosa after deposition. | G.J.C. | 0.20 | $80.00 |
| 3/18/2019 | Final preparation for deposition with Espinosa. | G.J.C. | 0.20 | $80.00 |
| 3/19/2019 | Revise deposition notices and email them to defense counsel with reminder to prepare defendant as required under Rule 30(b)(6). | G.J.C. | 0.40 | $160.00 |
| 3/19/2019 | Review upcoming deadlines, including status report due date and letter-motion requesting leave to file dispositive motions. | G.J.C. | 0.20 | $80.00 |
| 3/19/2019 | Draft deposition outline and prepare all exhibits for all defendants' depositions tomorrow. | G.J.C. | 5.60 | $2,240.00 |
| 3/20/2019 | Email Espinosa re: deposition at 11 a.m. | G.J.C. | 0.10 | No Charge |
| 3/20/2019 | Email court reporter re: interpreter needed for deposition at 11 a.m. | G.J.C. | 0.10 | No Charge |
| 3/20/2019 | Travel to deposition location, travel back to office not billed. | G.J.C. | 0.30 | $120.00 |
| 3/20/2019 | Attend deposition of defendants, at which defendants failed to appear, and state on the record the alleged reason for their failure to appear as stated in defense counsel's e-mail. | G.J.C. | 0.30 | $120.00 |
| 3/20/2019 | Review deposition outline and exhibits in preparation for depositions of defendants. | G.J.C. | 0.40 | $160.00 |
| 3/20/2019 | Discuss deposition facts and potential questions for defendants with Espinosa. | G.J.C. | 0.40 | $160.00 |
| 3/20/2019 | Revise deposition notices again and resend them to defense counsel. | G.J.C. | 0.20 | $80.00 |
| 3/20/2019 | Emails with defense counsel re: depositions on March 26 at 9 a.m. | G.J.C. | 0.20 | $80.00 |
| 3/22/2019 | Review and revise affidavit of Marisol Espinosa per her comments and revisions to original version of affidavit. | G.J.C. | 0.70 | $280.00 |
| 3/25/2019 | Email Espinosa re: deposition location for tomorrow. | G.J.C. | 0.10 | No Charge |
| 3/25/2019 | Review documents and deposition outline in preparation for deposition on 3/27/19. | G.J.C. | 0.60 | $240.00 |
| 3/26/2019 | Prepare for deposition with Espinosa. | G.J.C. | 0.40 | $160.00 |
| 3/26/2019 | Take depositions of defendants. | G.J.C. | 4.10 | $1,640.00 |
| 3/27/2019 | Revise Marisol Espinosa affidavit and send it to her. | G.J.C. | 0.20 | $80.00 |
| 3/27/2019 | Discuss affidavit with Marisol Espinosa. | G.J.C. | 0.20 | $80.00 |
| 3/27/2019 | Revise Marisol Espinosa declaration and email it to her for review and signing. | G.J.C. | 0.40 | $160.00 |
| 3/28/2019 | Finalize and produce Marisol Espinosa's affidavit to defense counsel following receipt of | G.J.C. | 0.20 | $80.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
|  | the notarized affidavit from Marisol Espinosa. |  |  |  |
| 3/29/2019 | Finalize damages calculations, for discovery purposes, and serve them on defense counsel along with an additional document received from Espinosa. | G.J.C. | 0.40 | $160.00 |
| 4/1/2019 | Discuss facts of case with Pechman. | G.J.C. | 0.20 | $80.00 |
| 4/1/2019 | Call with Espinosa re: potential settlement. | G.J.C. | 0.10 | $40.00 |
| 4/1/2019 | Email defense counsel re: revised settlement demand. | G.J.C. | 0.20 | $80.00 |
| 4/1/2019 | Discussion with Cuadra re: facts of case. | L.P. | 0.20 | $120.00 |
| 4/5/2019 | Review defendants' deposition transcript and exhibits received and send them to defense counsel with cover email explaining need to settle if we are to avoid expenses for trial preparation. | G.J.C. | 0.30 | $120.00 |
| 4/10/2019 | Review case facts in preparation for drafting motion in limine limiting the witnesses defendants may call at trial. | G.J.C. | 0.40 | $160.00 |
| 4/11/2019 | Draft joint status update to Court and send it to defense counsel for review. | G.J.C. | 0.90 | $360.00 |
| 4/11/2019 | Finalize joint status update with defense counsel and file it on ECF. | G.J.C. | 0.20 | $80.00 |
| 4/25/2019 | Call with Espinosa re: potential settlement and upcoming trial. | G.J.C. | 0.20 | $80.00 |
| 4/25/2019 | Begin drafting motion in limine to exclude trial witnesses. | G.J.C. | 0.60 | $240.00 |
| 4/25/2019 | Continue drafting motion in limine. | G.J.C. | 0.80 | $320.00 |
| 4/26/2019 | Continue drafting motion in limine, including affidavit in support of motion in limine. | G.J.C. | 3.20 | $1,280.00 |
| 4/26/2019 | Complete first full draft of motion in limine (brief and declaration). | G.J.C. | 2.60 | $1,040.00 |
| 4/26/2019 | Final review and revision of motion in limine. | G.J.C. | 0.60 | $240.00 |
| 4/29/2019 | Email defense counsel re: potential settlement. | G.J.C. | 0.10 | $40.00 |
| 4/30/2019 | Review and analyze deposition transcript of Espinosa in preparation for trial and for creation of errata sheet. | G.J.C. | 2.20 | $880.00 |
| 4/30/2019 | Review and analyze approximately 40% of defendants' deposition transcript in preparation for drafting joint stipulation of facts due on 5/6/19 and for trial. | G.J.C. | 1.80 | $720.00 |
| 5/1/2019 | Finalize review and analysis of defendants' deposition transcript in preparation for trial and drafting joint stipulation of facts and conclusions of law. | G.J.C. | 1.80 | $720.00 |
| 5/1/2019 | Begin drafting joint stipulations of fact and legal conclusions. | G.J.C. | 1.40 | $560.00 |
| 5/2/2019 | Continue drafting joint stipulation of facts and law. | G.J.C. | 0.90 | $360.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 5/2/2019 | Finalize first full draft of joint stipulation of facts and conclusions of law. | G.J.C. | 1.70 | $680.00 |
| 5/2/2019 | Emails with Weiss and Pechman re: potential settlement amounts and payouts, as well as other potential settlement terms. | G.J.C. | 0.30 | $120.00 |
| 5/2/2019 | Email exchanges with Weiss and Cuadra re: settlement. | L.P. | 0.30 | $180.00 |
| 5/3/2019 | Emails with defense counsel re: potential settlement and documents due on Monday. | G.J.C. | 0.20 | $80.00 |
| 5/6/2019 | Review and revise joint stipulation of facts and law and send it to defense counsel. | G.J.C. | 1.30 | $520.00 |
| 5/6/2019 | Draft Plaintiff's proposed findings of fact and conclusions of law. | G.J.C. | 2.40 | $960.00 |
| 5/6/2019 | Finalize and file joint stipulation of facts and conclusions of law. | G.J.C. | 0.30 | $120.00 |
| 5/6/2019 | Email defense counsel re: potential settlement. | G.J.C. | 0.10 | $40.00 |
| 5/6/2019 | Revise Plaintiff's Proposed Findings of Fact and Conclusions of Law. | G.J.C. | 0.40 | $160.00 |
| 5/6/2019 | Finalize, file, and email to chambers Plaintiff's Proposed Findings of Fact and Conclusions of Law. | G.J.C. | 0.80 | $320.00 |
| 5/6/2019 | Review and revise proposed findings of fact and conclusions of law. | L.P. | 0.30 | $180.00 |
| 5/7/2019 | Call with Espinosa re: deposition errata sheet and potential settlement. | G.J.C. | 0.60 | $240.00 |
| 5/7/2019 | Call with Espinosa re: witnesses who may be called at trial. | G.J.C. | 0.20 | $80.00 |
| 5/7/2019 | Draft deposition errata sheet for Espinosa's deposition, to review with Espinosa on morning of 5/8/19. | G.J.C. | 0.40 | $160.00 |
| 5/7/2019 | Research FLSA and NYLL requirements for "intern" status and primary beneficiary tests under both laws in preparation for drafting pre-trial memorandum of law. | G.J.C. | 1.10 | $440.00 |
| 5/7/2019 | Begin drafting joint final pretrial order. | G.J.C. | 0.90 | $360.00 |
| 5/8/2019 | Review deposition transcript and revise errata sheet with Espinosa. | G.J.C. | 0.80 | $320.00 |
| 5/8/2019 | Begin trial preparation and discuss potential witness with Espinosa. | G.J.C. | 1.40 | $560.00 |
| 5/8/2019 | Finalize first draft of joint final pre-trial order. | G.J.C. | 1.90 | $760.00 |
| 5/8/2019 | Finalize and file joint letter to Court re: parties do not agree on mediation. | G.J.C. | 0.20 | $80.00 |
| 5/8/2019 | Finalize and send errata sheet for Plaintiff's deposition to defense counsel. | G.J.C. | 0.20 | $80.00 |
| 5/8/2019 | Call with Espinosa re: potential witness and whether Espinosa has located him. | G.J.C. | 0.10 | No Charge |
| 5/8/2019 | Research and draft part of pretrial memorandum of law. | G.J.C. | 2.60 | $1,040.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 5/9/2019 | Review and revise joint pretrial order after receipt of revised version from Weiss. | G.J.C. | 1.30 | $520.00 |
| 5/9/2019 | Continue drafting pre-trial memorandum of law. | G.J.C. | 3.70 | $1,480.00 |
| 5/9/2019 | Review exhibit list for pretrial order. | L.P. | 0.20 | $120.00 |
| 5/10/2019 | Review and revise joint pretrial order. | G.J.C. | 0.20 | $80.00 |
| 5/10/2019 | Finalize first draft of pretrial memorandum of law. | G.J.C. | 6.70 | $2,680.00 |
| 5/13/2019 | Finalize joint pretrial order and send it to defense counsel for final review and signature. | G.J.C. | 0.60 | $240.00 |
| 5/13/2019 | Finalize pretrial memorandum of law (time filing it not billed). | G.J.C. | 5.60 | $2,240.00 |
| 5/13/2019 | Review and revise memo of law. | L.P. | 0.60 | $360.00 |
| 5/14/2019 | Call with Espinosa re: defendants' latest settlement proposal and strategy for potential settlement, including on 5/16/19 with the Court. | G.J.C. | 0.20 | $80.00 |
| 5/14/2019 | Email defense counsel re: settlement not possible at amount suggested with payout unless we see inability to pay records and other data requested. | G.J.C. | 0.20 | $80.00 |
| 5/16/2019 | Discuss case status with Cuadra. | L.M.M. | 0.30 | $120.00 |
| 5/16/2019 | Draft and ECF File Notice of Appearance. | L.M.M. | 0.20 | $80.00 |
| 5/16/2019 | Discuss upcoming conference strategy with Espinosa. | G.J.C. | 0.20 | $80.00 |
| 5/16/2019 | Travel to/from court conference with Espinosa and Marquez (billed at 1/2 time). | G.J.C. | 0.50 | $200.00 |
| 5/16/2019 | Attend and participate in settlement/pretrial conference. | G.J.C. | 1.20 | $480.00 |
| 5/16/2019 | Travel to/from court conference with Espinosa and Cuadra (billed at 1/2 time). | L.M.M. | 0.50 | $200.00 |
| 5/16/2019 | Attend and participate in settlement/pretrial conference. | L.M.M. | 1.20 | $480.00 |
| 5/16/2019 | Review pre-trial memorandum of law. | L.M.M. | 0.30 | $120.00 |
| 5/16/2019 | Discuss case status with Marquez. | G.J.C. | 0.30 | $120.00 |
| 5/21/2019 | Draft cover letter to court enclosing courtesy copies of pretrial memoranda of law. | G.J.C. | 0.20 | $80.00 |
| 5/30/2019 | Begin to review deposition transcript and draft direct examination questions. | L.M.M. | 1.90 | $760.00 |
| 5/31/2019 | Discuss conduct of trial/direct examination with Cuadra and Pechman. | L.M.M. | 0.10 | $40.00 |
| 5/31/2019 | Discussion with Cuadra and Marquez re: direct examination. | L.P. | 0.10 | $60.00 |
| 5/31/2019 | Discuss trial/direct examination with Pechman and Marquez. | G.J.C. | 0.10 | $40.00 |
| 6/3/2019 | Review exhibit binder requirements and JPTO with Law Clerk Maribel Lopez (ML). | L.M.M. | 0.30 | $120.00 |
| 6/3/2019 | Research and email Spanish-English translators about translating for the parties at the trial; email defense counsel about need for | G.J.C. | 0.10 | $40.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| | translators. | | | |
| 6/3/2019 | Revise index for exhibit binders. | L.M.M. | 0.10 | $40.00 |
| 6/3/2019 | Draft direct examination outline for Espinosa. | G.J.C. | 5.30 | $2,120.00 |
| 6/3/2019 | Discuss exhibit binder requirements with Marquez - ML. | L.C. | 0.30 | $30.00 |
| 6/4/2019 | Review and edit direct examination questions. | L.M.M. | 1.10 | $440.00 |
| 6/4/2019 | Discuss revisions to direct testimony examination outlines with Cuadra. | L.M.M. | 0.90 | $360.00 |
| 6/4/2019 | Discuss direct and cross testimony and facts from depositions with Marquez. | G.J.C. | 0.90 | $360.00 |
| 6/4/2019 | Review Judge's rules re-electronic device order; Draft and submit to chambers electronic device order. | L.M.M. | 0.20 | $80.00 |
| 6/4/2019 | Revise direct examination outline of Espinosa. | G.J.C. | 1.70 | $680.00 |
| 6/4/2019 | Draft cross-examination of Perez outline for trial. | G.J.C. | 4.40 | $1,760.00 |
| 6/5/2019 | Trial preparation with Espinosa. | G.J.C. | 3.10 | $1,240.00 |
| 6/5/2019 | Complete cross-examination preparation with Espinosa. | G.J.C. | 0.60 | $240.00 |
| 6/5/2019 | Revise Espinosa direct examination outline following preparation with him. | G.J.C. | 1.70 | $680.00 |
| 6/5/2019 | Participate in preparing Espinosa for direct and cross examination (attended only part of session). | L.M.M. | 1.50 | $600.00 |
| 6/6/2019 | Review issues for upcoming trial with Cuadra; begin reviewing revised direct examination outline. | L.M.M. | 0.30 | $120.00 |
| 6/6/2019 | Discuss issues in upcoming trial with Marquez. | G.J.C. | 0.10 | $40.00 |
| 6/7/2019 | Review and edit cross examination outline. | L.M.M. | 0.20 | $80.00 |
| 6/7/2019 | Discuss direct and cross examination outlines with Marquez. | G.J.C. | 0.70 | $280.00 |
| 6/7/2019 | Prepare for trial with Marquez and Espinosa (and law clerk). | G.J.C. | 2.60 | $1,040.00 |
| 6/7/2019 | Witness prep with Espinosa, Cuadra, and Law Clerk Lopez (ML) translating. | L.M.M. | 2.60 | $1,040.00 |
| 6/7/2019 | TC to chambers re-status of electronic device order. | L.M.M. | 0.10 | $40.00 |
| 6/7/2019 | Review and revise trial outlines (direct and cross), exhibits, and deposition transcripts in preparation for trial on 6/10/19. | G.J.C. | 2.20 | $880.00 |
| 6/7/2019 | Review edits to cross-examination with Cuadra and possible cross questions to plaintiff. | L.M.M. | 0.70 | $280.00 |
| 6/7/2019 | Organize exhibit binders, stickers, and trial binders in preparation for trial (ML). | L.C. | 0.40 | $40.00 |
| 6/7/2019 | Final research (e.g., federal rules, internship factors and analysis for each) and finalize closing statement outline and notes for trial. | G.J.C. | 1.80 | $720.00 |
| 6/7/2019 | Prep trial binders including exhibits and | L.C. | 0.50 | $50.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
|  | deposition excerpts - ML. |  |  |  |
| 6/7/2019 | Translate at Espinosa witness prep with Cuadra and Marquez - ML. | L.C. | 2.60 | $260.00 |
| 6/9/2019 | Review, revise, and email Cuadra edits to closing statement. | L.M.M. | 0.30 | $120.00 |
| 6/10/2019 | Summarize trial with Pechman, Cuadra. | L.M.M. | 0.10 | $40.00 |
| 6/10/2019 | Travel to/from courthouse for trial (billed at half-time). | L.M.M. | 0.50 | $200.00 |
| 6/10/2019 | Review defendants' deposition and prepare questions for direct and cross-examination questions. | L.M.M. | 1.60 | $640.00 |
| 6/10/2019 | Attend and participate as second chair in trial. | L.M.M. | 5.60 | $2,240.00 |
| 6/10/2019 | Travel to/from trial (billed at 1/2 time). | G.J.C. | 0.50 | $200.00 |
| 6/10/2019 | Attend and participate in trial doing direct and cross examinations and discussing issues with Court. | G.J.C. | 5.60 | $2,240.00 |
| 6/10/2019 | Prepare for trial with Espinosa before trial; review deposition transcripts in preparation for cross-examination of defendants. | G.J.C. | 1.60 | $640.00 |
| 6/10/2019 | Post-mortem of trial with Cuadra and Marquez. | L.P. | 0.10 | $60.00 |
| 6/10/2019 | Summary of trial with Pechman and Marquez. | G.J.C. | 0.10 | $40.00 |
| 6/12/2019 | Draft 80% of post-trial letter to Court. | G.J.C. | 2.70 | $1,080.00 |
| 6/14/2019 | Review, revise, and complete first full draft of post-trial letter to Court explaining Plaintiff's position and damages calculations. | G.J.C. | 1.80 | $720.00 |
| 6/14/2019 | Review and red-line edit post-trial memo of law. | L.M.M. | 1.90 | $760.00 |
| 6/14/2019 | Review, revise, and file post-trial letter to Court and Exhibit 6 following receipt of revisions from Marquez. | G.J.C. | 1.70 | $680.00 |
| 7/1/2019 | Review Court's order and opinion granting Plaintiff's claims. | L.M.M. | 0.20 | $80.00 |
| 7/8/2019 | Email defense counsel re: briefing schedule for attorneys' fees application. | G.J.C. | 0.10 | $40.00 |
| 7/9/2019 | Draft joint letter to Court re: attorneys' fees and costs application. | G.J.C. | 0.20 | $80.00 |
| 7/9/2019 | Discuss briefing schedule of attorneys' fee motion with Cuadra. | L.M.M. | 0.10 | No Charge |
| 7/9/2019 | Finalize and file joint letter re: attorneys' fees application and proposed briefing schedule. | G.J.C. | 0.10 | $40.00 |
| 7/9/2019 | Discuss briefing schedule for attorneys' fees application with Marquez. | G.J.C. | 0.10 | No Charge |
| 7/18/2019 | Review all time entries in preparation for drafting of memorandum of law in support of attorneys' fees/costs application. | G.J.C. | 0.60 | No Charge |
| 7/22/2019 | Draft first version of application for attorneys' fees and costs. | G.J.C. | 5.10 | $2,040.00 |
| 7/23/2019 | Review and revise Pechman Declaration in support of fees application after receipt of edits | G.J.C. | 0.70 | $280.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | from Pechman. | | | |
| 7/23/2019 | Research, draft, and revise second full draft of memorandum of law in support of fees application. | G.J.C. | 2.10 | $840.00 |
| 7/23/2019 | Review and revise memo of law in support of attorneys' fees. | L.P. | 0.60 | $360.00 |
| 7/23/2019 | Review and revise declaration in support of attorneys' fees application. | L.P. | 0.30 | $180.00 |
| 7/25/2019 | Continue revision of memorandum of law in support of attorneys' costs and fees. | G.J.C. | 1.60 | $640.00 |
| 7/25/2019 | Review and edit Declaration and Memo of Law ISO Motion for Fees; review edits with Cuadra. | L.M.M. | 2.00 | $800.00 |
| 7/26/2019 | Final review and revision of memorandum of law in support of application for attorneys' fees and costs following receipt of edits from Marquez. | G.J.C. | 0.80 | $320.00 |
| **SUBTOTAL** | | | **195.20** | **$76,920.00** |

### Costs

| Date | Description | Amount |
|---|---|---|
| 8/24/2018 | FedEx to Abraham Perez | No Charge |
| 9/27/2018 | Filing of Complaint. | $400.00 |
| 10/10/2018 | Service Documents @ $0.10 per page. Total pages 420 | No Charge |
| 10/16/2018 | Service of process on three defendants ($55 per defendant). | $165.00 |
| 3/29/2019 | Videographer fee for defendants' depositions on 3/26/19 (invoice dated 3/29/19). | No Charge |
| 4/9/2019 | Deposition of Defendants on March 26, 2019 (invoice dated 4/8/19) - total of $545.25. | $545.25 |
| 4/30/2019 | Spanish interpreter for deposition of Defendants, which took place on 3/26/19 (invoice dated 4/26/19). | $540.00 |
| 6/10/2019 | Half of cost for Mercedes Avalos at trial, Spanish-English interpreter (other half of cost paid by defendants), paid by check dated 6/6/19. | $400.00 |
| **SUBTOTAL** | | **$2,050.25** |

### Matter Ledgers

| | | |
|---|---|---|
| **SUBTOTAL** | | |

### Trust Account

| Date | Description | Amount |
|---|---|---|
| 7/26/2019 | Previous Balance | $0.00 |
| **AVAILABLE IN TRUST** | | **$0.00** |

| Invoice Summary | |
|---|---|
| **TOTAL** | **$78,970.25** |
| **PREVIOUS BALANCE DUE** | **$0.00** |
| **CURRENT BALANCE DUE AND OWING** | **$78,970.25** |