# EXHIBIT 2

```
                                                            Page 1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   Docket No.:  18-CV-8855 (LGS)(SN)
 4   ------------------------------------------x
 5   YSAEL ESPINOSA,
 6
 7                                 Plaintiff,
 8              -against-
 9
10   ABRAHAM REFRIGERATION A/C CORP. d/b/a
     ABRAHAM REFRIGERATION CORPORATION,
11   ABRAHAM REFRIGERATION CORP., d/b/a
     ABRAHAM REFRIGERATION and ABRAHAM
12   PEREZ,
13
14                                 Defendants.
15   ------------------------------------------x
16   1250 Broadway
17   New York, New York
18   March 26, 2019
19   9:13 a.m.
20
21        EXAMINATION BEFORE TRIAL OF ABRAHAM PEREZ,
22   testifying individually and as a 30(b)6 witness.
23   Held at the above-mentioned time and place before
24   ANNMARIE OAKLEY, a Notary Public of the State of
25   New York.
```

Page 2

```
 1
 2
 3              A P P E A R A N C E S
 4
 5   PECHMAN LAW GROUP PLLC
     Attorneys for Plaintiff
 6            488 Madison Avenue
              New York, New York 10022
 7
 8   BY:      GIANFRANCO CUADRA, ESQ.
 9
10
     THE LAW FIRM OF ADAM C. WEISS, PLLC
11   Attorneys for Defendants
              3 School Street, Suite 303
12            Glen Cove, New York 11542
13   BY:      ADAM C. WEISS, ESQ.
14
15   Also present:   Deverell Writ, videographer
16                   Rick Cardenas, interpreter
17                   Mr. Espinosa, the plaintiff
18
19
20
21
22
23
24
25
```

Page 94

1                    A. PEREZ
2       Q    Okay.  Well, the question I asked in the
3  beginning wasn't what were his duties, which is what
4  you answered.  What was his title, if he had any.
5            MR. CUADRA:  And I will object -- I'm
6       sorry.  I have to object again to the
7       translation.  I will rephrase the question.
8       Q    What was he called?  Was he called
9  analyst?  Was he called technician?  What was he?
10      A    If it's in Spanish note taker, look like
11 this.  He was a note taker.
12      Q    So basically he wrote down -- not
13 basically.  He would write down the items that came
14 in and items that went out, like an inventory?
15      A    Yes.
16      Q    Going back to the question I asked earlier
17 where I asked you if you knew what would happen or
18 you understood what would happen if the court
19 determined that the plaintiff was actually an
20 employee, you remember that question?  Just yes or
21 no.
22      A    Yes.  And I answered it.
23      Q    Okay.  I know.  Are you aware that if
24 Mr. Espinosa under the New York labor Law and also
25 the Federal Law that applies to this case, if he

```
                                                    Page 95
 1                      A. PEREZ
 2    wins any part of this case he would also be entitled
 3    to recovery his attorney fees and costs?
 4            MR. WEISS:  Object to the form of the
 5        question.  You can answer it.
 6        A    Of course.  I know it.
 7        Q    Okay.  At any point today have you ever
 8    seen, have you ever seen a calculation of damages
 9    from Mr. Espinosa that we sent to your attorney?
10            MR. WEISS:  Object to the form of the
11        question to the extent that requires him to
12        talk about communications with his attorney.
13            MR. CUADRA:  Okay.  Well, the question is
14        just have you seen it not have you talked to
15        your attorney.
16        A    I seen it like that but I haven't
17    calculated anything.
18        Q    So I will rephrase the question.  Are you
19    aware that we, the attorneys for Mr. Espinosa have
20    sent, have calculated damages for Mr. Espinosa and
21    we have sent them to your attorney?  Have you seen
22    those calculations?
23        A    No.
24        Q    Okay.  Are you aware that we sent this
25    calculation to your attorney.  We sent it with an
```

Page 96

1             A. PEREZ
2  entire email explaining all the calculations and
3  setting forth what our settlement demand was?
4             MR. WEISS:  Objection to the form of the
5        question to the extent that it requires for him
6        to divulge attorney client communication.
7        Q    You can answer.
8        A    That haven't been turned into me yet
9  because we were waiting for this deposition.
10       Q    Are you aware of that since before the
11 filing of this lawsuit the plaintiff has been open
12 to discussing potential settlement discussions?
13       A    It hasn't reached my ear.
14       Q    Are you aware that the court in this
15 case -- are you aware there are two judges in this
16 case --
17       A    No.
18       Q    -- and one of the judges is open to
19 discussing settlement with the parties for free?
20       A    I would have to talk with my attorney
21 because he's my lawyer and he has to tell me what's
22 to my advantage.
23            MR. CUADRA:  So, we'll take a break.  I'm
24       just going to review my notes because I think
25       I'm done here.