# EXHIBIT 3



# 2018 Real Rate Report®

*thru September 2018*

The Industry's Leading Analysis of Law Firm Rates, Trends, and Practices

Wolters Kluwer

When you have to be right



ELM Solutions

### Report Editor

**Jeffrey Solomon**
Senior Director, Product Management Legal
Analytics, Wolters Kluwer's ELM Solutions

### Lead Data Analysts

**Beth Seefelt**
Data Architect
Wolters Kluwer's ELM Solutions

**Gary Clark**
Data Engineer
Wolters Kluwer's ELM Solutions

### ELM Solutions Creative

**David Andrews**
Web Graphic Designer
Wolters Kluwer's ELM Solutions

### Contributing Analysts and Authors

**Joel Surdykowski**
LegalVIEW Product Manager
Wolters Kluwer's ELM Solutions

**Deniece Bushell**
Senior Product Marketing Manager
Wolters Kluwer's ELM Solutions

### Executive Sponsor

**Jonah Paransky**
EVP and General Manager
Wolters Kluwer's ELM Solutions

© 2004 - 2018 Wolters Kluwer's ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

    ELM Solutions, a Wolters Kluwer business
    20 Church Street
    Hartford, CT 06103 United States
    ATTN: Marketing
    +1-860-549-8795

### LEGAL CAVEAT

Wolters Kluwer's ELM Solutions has worked to ensure the accuracy of the information in this report; however, Wolters Kluwer's ELM Solutions cannot guarantee the accuracy of the information or analyses in all cases. Wolters Kluwer's ELM Solutions are not engaged in rendering legal, accounting, or other professional services. This report should not be construed as professional advice on any particular set of facts or circumstances. Wolters Kluwer's ELM Solutions is not responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

# Section III: Practice Area Analysis

## Employment and Labor
By City

**Q3 2018 -- Real Rates for Partners and Associates**

**Trend Analysis (Mean)**

| City | Role | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|---|---|---|---|---|---|---|---|---|
| Minneapolis MN | Partner | 20 | $415 | $484 | $634 | $514 | $459 | $452 |
| | Associate | 15 | $245 | $306 | $361 | $317 | $304 | $278 |
| Nashville TN | Partner | 32 | $342 | $405 | $446 | $396 | $397 | $392 |
| | Associate | 26 | $225 | $254 | $292 | $258 | $250 | $238 |
| New York NY | Partner | 363 | $450 | $620 | $830 | $682 | $682 | $668 |
| | Associate | 338 | $309 | $400 | $595 | $473 | $468 | $470 |
| Philadelphia PA | Partner | 116 | $529 | $650 | $775 | $660 | $627 | $592 |
| | Associate | 151 | $330 | $401 | $475 | $414 | $397 | $378 |
| Phoenix AZ | Partner | 16 | $410 | $445 | $493 | $445 | $445 | $400 |
| Pittsburgh PA | Partner | 27 | $413 | $520 | $557 | $495 | $495 | $471 |
| | Associate | 33 | $289 | $317 | $352 | $318 | $311 | $316 |
| Richmond VA | Associate | 13 | $336 | $400 | $420 | $377 | $380 | $339 |
| Sacramento CA | Partner | 11 | $350 | $390 | $455 | $447 | $393 | $407 |
| San Diego CA | Partner | 24 | $370 | $378 | $488 | $467 | $437 | $391 |
| | Associate | 22 | $245 | $288 | $312 | $300 | $327 | $302 |
| San Francisco CA | Partner | 82 | $437 | $510 | $655 | $561 | $530 | $532 |
| | Associate | 76 | $262 | $323 | $403 | $352 | $355 | $334 |
| San Jose CA | Partner | 20 | $523 | $677 | $839 | $704 | $659 | $627 |
| San Juan PR | Associate | 11 | $150 | $153 | $165 | $154 | $152 | $141 |
| Seattle WA | Partner | 58 | $413 | $524 | $610 | $516 | $493 | $427 |
| | Associate | 26 | $255 | $325 | $410 | $349 | $300 | $273 |
| St. Louis MO | Partner | 14 | $303 | $385 | $435 | $384 | $425 | $405 |
| | Associate | 12 | $254 | $280 | $304 | $284 | $260 | $258 |
| Tampa FL | Partner | 16 | $275 | $275 | $383 | $319 | $316 | $340 |
| Trenton NJ | Partner | 11 | $485 | $535 | $638 | $522 | $540 | $525 |
| Washington DC | Partner | 191 | $588 | $735 | $875 | $730 | $719 | $668 |
| | Associate | 154 | $397 | $494 | $625 | $508 | $483 | $452 |