# EXHIBIT 4

# Peter J. McLoughlin
145 Nassau Lane
Island Park, New York 11558
Tel: 516-362-9250
Fax: 516-415-7359

DATE  October 16, 2018                              INVOICE #   18-10002

TO:                                                  RE:

Granfranco Cuadra, Esq.
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| Defendants Served | 3 | $55.00 | $165.00 |
|  |  | Total | $165.00 |

Remit to:

145 Nassau Lane
Island Park, New York 11558

**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Gianfranco J. Cuadra Esq.<br>Pechman Law Group PLLC<br>488 Madison Avenue<br>New York, NY, 10022 | | **Invoice #:** | NY3716247 |
|---|---|---|---|---|
| | | | **Invoice Date:** | 3/29/2019 |
| | | | **Balance Due:** | $554.00 |

| Case: | Espinosa, Ysael v. Abraham Refrigeration., Et Al |
|---|---|
| Job #: | 3273487 \| Job Date: 3/26/2019 \| Delivery: Normal |
| Billing Atty: | Gianfranco J. Cuadra Esq. |
| Location: | Veritext - New York City, NY |
| | 1250 Broadway \| Suite 2400<br>New York, NY 10001 |
| Sched Atty: | Gianfranco J. Cuadra Esq. \| Pechman Law Group PLLC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Abraham Perez | Video - Initial Fee | 1 | 1.00 | $225.00 | $225.00 |
| | Video - Additional Hours | Hour | 3.50 | $70.00 | $245.00 |
| | Video - Media and Cloud Services | Per disk | 2.00 | $42.00 | $84.00 |

| Notes: | | | |
|---|---|---|---|
| | | **Invoice Total:** | $554.00 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $554.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

147823

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | NY3716247 |
|---|---|
| **Job #:** | 3273487 |
| **Invoice Date:** | 3/29/2019 |
| **Balance:** | $554.00 |

**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Gianfranco J. Cuadra Esq.<br>Pechman Law Group PLLC<br>488 Madison Avenue<br>New York, NY, 10022 | **Invoice #:** NY3725810<br>**Invoice Date:** 4/8/2019<br>**Balance Due:** $545.25 |

| | |
|---|---|
| **Case:** | Espinosa, Ysael v. Abraham Refrigeration., Et Al |
| **Job #:** | 3273487 \| Job Date: 3/26/2019 \| Delivery: Normal |
| **Billing Atty:** | Gianfranco J. Cuadra Esq. |
| **Location:** | Veritext - New York City, NY |
| | 1250 Broadway \| Suite 2400<br>New York, NY 10001 |
| **Sched Atty:** | Gianfranco J. Cuadra Esq. \| Pechman Law Group PLLC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Abraham Perez | Original with 2 Certified Transcripts | Page | 119.00 | $3.75 | $446.25 |
| | Attendance Fee | 1 | 1.00 | $30.00 | $30.00 |
| | Exhibits | Per Page | 58.00 | $0.25 | $14.50 |
| | Surcharge-Expert/Medical/Technical | Page | 119.00 | $0.75 | $89.25 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $25.00 | $25.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 58.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $634.50 |
| **Payment:** | $0.00 |
| **Credit:** | ($89.25) |
| **Interest:** | $0.00 |
| **Balance Due:** | $545.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

147823

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY3725810 |
| **Job #:** | 3273487 |
| **Invoice Date:** | 4/8/2019 |
| **Balance:** | $545.25 |

**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| **Bill To:** | Gianfranco J. Cuadra Esq.
Pechman Law Group PLLC
488 Madison Avenue
New York, NY, 10022 | **Invoice #:** | NY3752655 |
|---|---|---|---|
| | | **Invoice Date:** | 4/26/2019 |
| | | **Balance Due:** | $540.00 |

| **Case:** | Espinosa, Ysael v. Abraham Refrigeration., Et Al |
|---|---|
| **Job #:** | 3273487 \| Job Date: 3/26/2019 \| Delivery: Normal |
| **Billing Atty:** | Gianfranco J. Cuadra Esq. |
| **Location:** | Veritext - New York City, NY |
| | 1250 Broadway \| Suite 2400
New York, NY 10001 |
| **Sched Atty:** | Gianfranco J. Cuadra Esq. \| Pechman Law Group PLLC |

| **Witness** | **Description** | **Units** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|---|---|
| Abraham Perez | Interpreting | 1 | 4.50 | $120.00 | $540.00 |
| **Notes:** Spanish Interpreter | | | | **Invoice Total:** | $540.00 |
| | | | | **Payment:** | $0.00 |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $0.00 |
| | | | | **Balance Due:** | $540.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | **Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303 | **Invoice #:** | NY3752655 |
|---|---|---|---|
| **To pay online, go to**
**www.veritext.com** | | **Job #:** | 3273487 |
| | | **Invoice Date:** | 4/26/2019 |
| Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover) | | **Balance:** | $540.00 |

147823

