```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YSAEL ESPINOSA,                                                   :
                                                                  :
                          Plaintiff,                              :
                                                                  :
        -against-                                                 :
                                                                  :       18 Civ. 8855 (LGS) (SN)
ABRAHAM REFRIGERATION CORP. d/b/a                                 :
ABRAHAM REFRIGERATION and ABRAHAM                                 :
PEREZ,                                                            :
                                                                  :
                          Defendants.                             :
------------------------------------------------------------------X
```

## (PROPOSED) JUDGMENT

**WHEREAS,** by Order dated March 9, 2020 (ECF No. 62) (the "Order"), this Court adopted in full the Report and Recommendation of Magistrate Judge Sarah Netburn dated January 27, 2020 (ECF No. 58), which awarded Plaintiff's motion for attorneys' fees and costs in part for a total amount due to Plaintiff of $74,310.25, representing $2,050.25 in costs and $72,260.00 in attorneys' fees; and

**WHEREAS**, by letter dated August 24, 2020 (ECF No. 63), Plaintiff requested a judgment against Defendants, jointly and severally, for the sum awarded of $74,310.25;

**IT IS HEREBY ORDERED** that Defendants, jointly and severally, owe Plaintiff the total sum of $74,310.25.

The Clerk of Court is respectfully directed to enter this judgment on the docket.

Dated:  New York, New York
          August 25, 2020

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**