UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
YSAEL ESPINOSA,

                Plaintiff,

         -against-

ABRAHAM REFRIGERATION CORP. d/b/a
ABRAHAM REFRIGERATION and ABRAHAM
PEREZ,

                Defendants.
------------------------------------------------------------------- X

**18 Civ. 8855 (LGS) (SN)**

**STIPULATION AND PROPOSED ORDER EXTENDING JUDGMENT**

**WHEREAS**, on March 24, 2021, Plaintiff, through counsel, filed a pre-motion conference letter (ECF No. 75) requesting permission to file a motion for turnover of Defendants' property located at 2350 Washington Avenue, Bronx, New York 10458 and for an extension of Plaintiff's judgment for attorneys' fees and costs in the amount of $74,310.25 (ECF No. 64) (the "Fees Judgment") over Defendants' newly formed corporation, 480 E. Tremont Corp.;

**WHEREAS**, on March 31, 2021, Defendants replied to Plaintiff's letter explaining that a turnover would void payments already made, including a payment made to Plaintiff, and proposed instead extending the Fees Judgment so that it could be enforced, jointly and severally, against both Defendants and 480 E. Tremont Corp.; and

**WHEREAS**, by Order dated April 5, 2021 (ECF No. 78), the Court ordered the Parties to "meet and confer to discuss Defendants' proposal and any other possible plans for Defendants' payment of the fees judgment and shall jointly file (1) a letter apprising the Court of the outcome of their discussions and proposing any necessary next steps and to the extent the parties agree to extend the fee judgment to 480 E. Tremont Corp., (2) a proposed stipulation extending the judgment" by April 12, 2021;

**NOW THEREFORE**, the Parties, through their respective undersigned counsel, agree to extend the Fees Judgment over 480 E. Tremont Corp., such that Plaintiff may enforce it against all Defendants and 480 E. Tremont Corp., jointly and severally; and

The Parties jointly request that the Court continue to adjourn the pre-motion conference for Plaintiff's turnover motion *sine die* pending the Parties' discussions concerning Defendants' payment of the Fees Judgment. The Parties agree that if their discussions are fruitless, Plaintiff is free to continue with his request for permission to file a motion for turnover of Defendants' property.

The Fees Judgment is extended to 480 E. Tremont Corp. The pre-motion conference originally scheduled for April 8, 2021, (Dkt. No. 74), and adjourned *sine die* by the Court's April 5, 2021, Order (Dkt. No. 78) is **CANCELLED**. To the extent Plaintiff requires assistance from the Court to enforce the Fees Judgment, he shall file a new pre-motion letter.

The Clerk of Court is respectfully directed to enter judgment in the amount of $74,310.25 against 480 E. Tremont Corp. and to close the motion at Docket No. 75.

So Ordered.
Dated: April 13, 2021
      New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
April 12, 2021

| PECHMAN LAW GROUP PLLC | LAW FIRM OF ADAM C. WEISS, PLLC |
|---|---|
| By: *s/ Gianfranco J. Cuadra*<br>Gianfranco J. Cuadra<br>Louis Pechman<br>488 Madison Avenue, 17th Floor<br>New York, New York 10022<br>Tel.: (212) 583–9500<br>cuadra@pechmanlaw.com<br>pechman@pechmanlaw.com | By: *Adam C. Weiss*<br>Adam C. Weiss<br>3 School Street, Ste. 303<br>Glen Cove, New York 11542<br>Tel.: (516) 277–2323<br>adam@acweisslaw.com |
| *Attorneys for Plaintiff Ysael Castro* | *Attorney for Defendants* |