**The Law Firm of Adam C. Weiss, PLLC**
3 School Street, Suite 303
Glen Cove, NY  11542 US
(646)4890059
adam@acweisslaw.com

# INVOICE

**BILL TO**
Abraham's Refrigeration Corp
480 E Tremont Ave
Bronx, NY  10457 United States

**INVOICE #** 2050
**DATE** 06/01/2021
**DUE DATE** 06/16/2021
**TERMS** Net 15

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services** <br> Teleconferences with Abraham and Rafael re: letter from the plaintiff's attorney | 0.50 | 350.00 | 175.00 |
| **Services** <br> Reviewed letter from attorney and spoke to Abraham and his daughter re: providing a response; review documents to help prepare a response | 1 | 350.00 | 350.00 |
| **Services** <br> Draft a response letter | 2 | 350.00 | 700.00 |
| **Services** <br> Emails and teleconferences with opposing counsel seeking to resolve the issues raised in their letter | 1 | 350.00 | 350.00 |
| **Services** <br> Draft and revise stipulation to partially resolve issues | 0.50 | 350.00 | 175.00 |

**BALANCE DUE** $1,750.00