Adam C. Weiss (AW-5752)
THE LAW FIRM OF ADAM C. WEISS, PLLC
3 School Street, Suite 303
Glen Cove, New York 11542
(516) 277-2323 (tel)
(516) 759-2556 (fax)
Email: adam@acweisslaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YSAEL ESPINOSA,                                   Docket No. 18-CV-8855 (LGS)

                         Plaintiff,                  **CERTIFICATION OF SERVICE**

         -against-

ABRAHAM REFRIGERATION CORP., d/b/a
ABRAHAM REFRIGERATION, and
ABRAHAM PEREZ,

                         Defendants.
-----------------------------------------------------------------X

        I, Adam C. Weiss, hereby affirm under the penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746, that on June 2, 2022, I served a true and correct copy of a Notice of Motion to Withdraw and Attorneys' Fees, Declaration of Adam C. Weiss, Esq., and Memorandum of Law in Support by ELECTRONIC AND FIRST CLASS MAIL addressed as follows:

{00325571.DOC.1}

Pechman Law Group PLLC
488 Madison Avenue
New York, NY 10022

CSM Legal P.C.
60 East 42nd Street #4510
New York, NY 10128

Abraham Perez
Abraham Refrigeration Corp.
480 Tremont Avenue
Bronx, NY 10457

I affirm under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 2, 2022.

_____
Adam C. Weiss