Adam C. Weiss (AW-5752)
THE LAW FIRM OF ADAM C. WEISS, PLLC
3 School Street, Suite 303
Glen Cove, New York 11542
(516) 277-2323 (tel)
(516) 759-2556 (fax)
Email: adam@acweisslaw.com

*Attorneys for Defendants*

Application **GRANTED**. The Clerk of Court is respectfully directed to terminate Adam Weiss's receipt of ECF notifications and close the motion at Dkt. No. 88.

Dated: June 3, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YSAEL ESPINOSA,         Docket No. 18-CV-8855 (LGS)

            Plaintiff,

                      **NOTICE OF MOTION**

    -against-

ABRAHAM REFRIGERATION CORP., d/b/a
ABRAHAM REFRIGERATION, and
ABRAHAM PEREZ,

            Defendants.
-----------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the annexed Declaration of Adam C. Weiss, Esq., dated June 2, 2022, and Memorandum of Law, the undersigned will move this Court, at the United States Courthouse for the Southern District of New York, before the Honorable Lorna G. Schofield, for an Order:

1. granting The Law Firm of Adam C. Weiss, PLLC's Motion to Withdraw as Counsel; and

2. for such other and further relief as the Court may deem just and proper.

     **PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 6.1(b) and 6.4 of the Local Civil Rules of the United States District Court for the Southern District of New York, answering papers, if any, are required to be served upon the undersigned within fourteen (14) business days following the date of service of this motion.

Dated: June 2, 2022
       Glen Cove, New York

                THE LAW FIRM OF ADAM C. WEISS, PLLC

                _____
                Adam C. Weiss
                3 School Street, Suite 303
                Glen Cove, New York 11542
                (516) 277-2323 (tel)
                (516) 759-2556 (fax)
                Email: adam@acweisslaw.com

                *Attorneys for Defendants*

To:    Pechman Law Group PLLC
488 Madison Avenue
New York, NY 10022

CSM Legal P.C.
60 East 42nd Street #4510
New York, NY 10128

Abraham Perez
Abraham Refrigeration Corp.
480 Tremont Avenue
Bronx, NY 10457