```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YSAEL ESPINOSA,                                             :
                                         Plaintiff,         :      18 Civ. 8855 (LGS)
                                                            :
                        -against-                           :      ORDER
                                                            :
ABRAHAM PEREZ, et al.,                                      :
                                         Defendants.        :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 19, 2022, Plaintiff filed a letter motion requesting a conference in anticipation of a motion to compel Defendant Abraham Perez's compliance with post-judgment discovery obligations pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37.2. (Dkt. No. 84.)

WHEREAS, on May 20, 2022, the Court directed Defendants to file a response by May 26, 2022.  (Dkt. No. 85.)

WHEREAS, on May 26, 2022, Defendants' counsel, Adam C. Weiss, filed a letter stating that he no longer represented Defendants following a verdict against Defendants on the merits of the claims as well as Plaintiff's post-verdict motion for attorneys' fees and costs, which was entered on July 1, 2019.  Mr. Weiss requested that Plaintiff be directed to serve Defendant Perez personally.  (Dkt. No. 86.)

WHEREAS, on May 31, 2022, the Court granted Mr. Weiss's motion and directed Plaintiff to serve Defendant Perez.  (Dkt. No. 87.)  On June 3, 2022, the Court granted Mr. Weiss's motion to withdraw as Defendants' counsel.  (Dkt. No. 92.)  It is hereby

**ORDERED** that, by **August 15, 2022**, Plaintiff shall file proof of service via ECF.  If service has not yet been effected upon Defendant Perez, Plaintiff shall file a letter, not to exceed three pages, explaining any efforts to serve Defendant Perez personally.  It is further

**ORDERED** that Plaintiff's motion for a conference in anticipation of a motion to compel Defendant Perez's compliance with post-judgment discovery is **DENIED** without prejudice to renewal following personal service on Defendant Perez.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 84.

Dated: August 9, 2022
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE